AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | | |
|---|---|---|
| DONNA DORAN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 2:25-cv-06158-JS-JMW | |
| JOHN GOMES, BARBARA BREJWA, and JOHN L GOMES MD PC d/b/a WOMEN'S HEALTH CARE OF GARDEN CITY | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BARBARA BREJWA
1000 Franklin Avenue, Suite 200
Garden City, NY 11530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Naidich Law
137 5th Ave. 9th Fl.
New York, NY 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  11/7/2025                                              /s/ Grisel Ortiz

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| DONNA DORAN <br><br> *Plaintiff(s)* <br> v. <br> JOHN GOMES, BARBARA BREJWA, and JOHN L GOMES MD PC d/b/a WOMEN'S HEALTH CARE OF GARDEN CITY <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-06158-JS-JMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Gomes
1000 Franklin Avenue, Suite 200
Garden City, NY 11530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Naidich Law
137 5th Ave. 9th Fl.
New York, NY 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/7/2025

/s/ Grisel Ortiz
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

DONNA DORAN )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:25-cv-06158-JS-JMW
)
JOHN GOMES, BARBARA BREJWA, and JOHN L )
GOMES MD PC d/b/a WOMEN'S HEALTH CARE )
OF GARDEN CITY )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN L GOMES MD PC d/b/a WOMEN'S HEALTH CARE OF GARDEN CITY
1000 Franklin Avenue, Suite 200
Garden City, NY 11530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Naidich Law
137 5th Ave. 9th Fl.
New York, NY 10010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/7/2025      /s/ Grisel Ortiz
                     *Signature of Clerk or Deputy Clerk*

# Rider to Summons

The following individuals and entities are named as defendants in *Doran v. Gomes et al* (25-cv-6158)

| Defendant | Address |
|---|---|
| JOHN GOMES | 1000 Franklin Ave, Ste 200<br>Garden City, NY 11530 |
| BARBARA BREJWA | 1000 Franklin Ave, Ste 200<br>Garden City, NY 11530 |
| JOHN L GOMES MD PC d/b/a WOMEN'S HEALTH CARE OF GARDEN CITY | 1000 Franklin Ave, Ste 200<br>Garden City, NY 11530 |