**NAIDICH LAW**

Naidich Law
137 5th Avenue 9th Fl
New York, NY 10010

Dear Ms. Doran,

Thank you for engaging **Naidich Law** (the "Firm") as your attorney. This letter sets forth the scope, terms, and conditions of the Firm's representation and constitutes the retainer agreement (the "Agreement") between you and the Firm. If the Agreement is acceptable to you, please sign and return a copy to me at your earliest convenience. The original is for your files. When you sign this letter, it becomes a contract between us. Please feel free to discuss this letter with independent counsel or to call me if you have any comments or questions concerning this Agreement.

1. <u>Scope of Engagement</u>:

   The Firm agrees to represent you in connection with potential legal claim(s) you may have against Women's Healthcare of Garden City and its officers, directors, owners, agents, and/or affiliates. This representation will include investigating these claim(s) and doing all things necessary and proper to resolve any of these claim(s) deemed viable, either by settlement, administrative proceeding, or trial. This representation does not include any appeals, retrials, or other actions that may be necessary to the enforcement of any settlement agreement or judgment.

   You acknowledge that the Firm is not your general counsel and does not represent you in connection with any matter other than the representation described above. Furthermore, you acknowledge that this representation does not entail a continuing obligation to advise you concerning subsequent legal developments that might have a bearing on your affairs generally or any subsequent legal developments related to or that might have a bearing on this matter.

   While this letter is intended to deal with the specific legal services described above, these terms and conditions will also apply to any additional legal services that the Firm may agree to provide that are outside the initial scope of engagement.

2. <u>Representation of Multiple Clients</u>

   You agree that the Firm may represent one or more additional clients who have claims similar or related to those covered by this Agreement.

3. <u>Class Actions</u>

   This matter may involve class-based claims. You understand that you are acting in both an individual capacity and as a class representative on behalf of a class of similarly situated individuals and/or entities. If you are asked to be class representative, you understand that you are assuming a responsibility to each and every member of the class and to represent their interests fairly and adequately. To that end, you agree not to put your own interests ahead of other members of the class or act to the disadvantage of other class members.

   You understand that the Firm has a fiduciary obligation to prosecute this case in a manner that is fair, equitable and in the best interests of the class. With your input, the Firm shall determine when any offer of compromise is reasonable and shall, subject to court approval, have the right to settle class claims on such terms as are deemed fair, equitable and in the best interests of the class.

   If the matter is successfully litigated or settled as a class action, the Firm and/or other attorneys representing the class may seek an order from the court authorizing that a special payment be made to you for your time spent as class representative if so permitted by law. However, you understand that any such payment is not guaranteed, is subject to court approval, and will not be paid by the Firm or any other attorney representing the class.

   <u>*Lead Plaintiff*</u>.

   By signing and agreeing to our representation, you are agreeing to be "lead plaintiff" in a class action brought pursuant to the scope of representation, defined above. This means you would be the "named" plaintiff on the action and have your name on the public court docket. As lead plaintiff you may receive greater compensation, but this decision is completely within the discretion of any court and is in no way guaranteed by the Firm.

4. <u>Retainer</u>:

   INTENTIONALLY LEFT BLANK

5. <u>Attorneys' Fees</u>:

   You have retained the Firm on a contingent fee basis and agree to pay the Firm one-third (1/3) of the gross amount recovered (the "Contingency Fee").

Doc ID: cf8197b19287601bcaf6a5e2873b2a7d35dcd4d3

In the event of an award of attorneys' fees, the Firm may, at its sole discretion, either (i) accept the entire amount awarded as attorneys' fees, without taking any further Contingency Fee, or (ii) add the amount awarded as attorneys' fees to the amount award to you as damages and accept the Contingency Fee from that total award.

In the event any settlement or award includes non-monetary relief, such relief will be assigned a monetary value and that value will be added to the gross amount recovered before calculation of the Contingency Fee. In the event you and the Firm are unable to agree on the value of such non-monetary relief, value will be assessed through binding arbitration.

6. <u>Costs and Expenses</u>:

You will be responsible for all actual out-of-pocket costs the Firm incurs on your behalf including, but not limited to, travel expenses, mailing & shipping costs, courier services, online database retrieval charges (Fastcase, Lexis, Westlaw, etc.), filing & services fees, expert witness fees, deposition costs, and other litigation related expenses. The Firm anticipates making advances to cover out-of-pocket costs incurred. Costs advanced by the Firm will be taken out of your portion of any settlement proceeds after the contingency amount has been calculated.

In the event that you lose in litigation, you may be responsible for the opposing party's attorneys' fees and costs.

7. <u>Billing</u>

An itemized invoice will be issued upon the conclusion of this representation and/or following any disbursement made to you by the Firm. Invoice payment is due within thirty (30) days of issuance. You will be charged one-percent (1%) per month interest on late invoices.

8. <u>Permission to Use Information in Marketing of the Law Firm</u>:

By signing this Agreement, you agree that your name, logo, and a general description of this matter may be used by the Firm in its business development efforts and materials.

9. <u>Cooperation</u>:

In order to enable the Firm to effectively render the services contemplated, you agree to disclose fully and accurately all facts and to keep the Firm apprised of all developments relating to the litigation. You agree to cooperate fully with the Firm and to make yourselves available to attend meetings, discovery proceedings and conferences, hearings and other proceedings as necessary. The Firm will attempt to schedule depositions, hearings, etc. at convenient times, but it is the nature of litigation that such schedules are often not within our control.

10. <u>Termination of Representation</u>:

You or the Firm may terminate the representation at any time, subject to our obligations under the Rules of Professional Conduct and the approval of the court, if required.

If a Court refuses to grant this action "class action status," meaning, the Court denies the Firm's application to let multiple parties bring a collective action against the same Defendants for the same causes of action, the Firm reserves the absolute right to withdraw as your counsel.

In the event either party terminates the representation before settlement and/or recovery, you agree to pay the Firm, at the hourly rates customarily charged by the Firm, for all time reasonably spent on your behalf before the termination of this Agreement, plus any costs advanced. The hourly rate for work performed by Zachary C. Naidich is $350. In addition, other attorneys and paralegals may work on your matter.

Unless previously terminated, the Firm's representation will terminate upon sending you a closing letter or providing you with an accounting of all funds received and disbursed on your behalf, whichever occurs first.

11. <u>Warranty</u>:

You acknowledge that neither the Firm, nor any individual or entity affiliated with the Firm, have made any guarantees as to the outcome or the amounts recoverable in connection with this matter.

12. <u>Client Documents</u>:

The Firm will maintain any documents you furnish in a client file (or files) for this matter. At the conclusion of the matter (or earlier, if appropriate), it is your obligation to advise the Firm as to which, if any, of the documents in the Firm's files you wish turned over to you. The Firm will retain any remaining documents in its files for a reasonable period of time and ultimately destroy them in accordance with its record retention program schedule then in effect.

In the event that the Firm's representation is terminated and you have not paid for all services rendered and/or other charges accrued on your behalf to the date of said termination, the Firm may, to the extent permitted by law, assert a retaining lien against any documents or files remaining in its possession until such charges are paid.

2

Doc ID: cf8197b19287601bcaf6a5e2873b2a7d35dcd4d3

13. <u>Choice of Law</u>:

All of the rights and obligations arising under or related to this agreement shall be governed by the laws of the State of New York.

14. <u>Arbitration</u>:

Any controversy, dispute or claim arising out of or relating to fees, charges, performance of legal services, obligations reflected in this letter, or other aspects of this representation shall be resolved through a confidential, binding arbitration, in the State of New York, New York County, in accordance with the rules then in effect of the American Arbitration Association, and judgment on the award rendered may be entered in any court having jurisdiction thereof. YOU ACKNOWLEDGE THAT BY AGREEING TO ARBITRATION, YOU ARE RELINQUISHING YOUR RIGHT TO BRING AN ACTION IN COURT AND THAT YOU ARE WAIVING YOUR RIGHT TO A TRIAL BY JURY.

If any controversy, dispute or claim arising out of or relating to the Firm's fees, charges, performance of legal services, obligations reflected in this letter, or other aspects of its representation, the prevailing party will be entitled to recover from the losing party all costs and expenses it incurs in bringing and prosecuting and defending any litigation or arbitration, including reasonable attorneys' fees and costs at trial and appeal.

15. <u>Confirmation of Agreement</u>: If the foregoing is agreeable to you, please acknowledge your understanding and agreement by signing and returning a copy of this letter, which shall control all obligations set forth herein except as may subsequently be agreed upon in writing. The Firm's engagement will commence upon receipt of the signed copy of this letter.

I appreciate your confidence and assure you that I will make every effort to perform in a prompt and efficient manner.

Very truly yours,

Name: Donna Doran

By: _____

Agreed and accepted on 10 / 29 / 2025

Name: <u>Zachary Naidich</u>

By: _____

Sincerely,

Zachary C. Naidich

3

Doc ID: cf8197b19287601bcaf6a5e2873b2a7d35dcd4d3

 
| | |
|---|---|
| **Title** | Engagement Letter Donna Doran20251029 1 A3882l.pdf |
| **File name** | Engagement_Letter...1029-1-a3882l.pdf |
| **Document ID** | cf8197b19287601bcaf6a5e2873b2a7d35dcd4d3 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

This document was requested on naidichlaw.cliogrow.com and signed on naidichlaw.cliogrow.com

## Document History

| | | |
|---|---|---|
| SENT | 10 / 29 / 2025<br>16:54:08 UTC | Sent for signature to Donna Doran (ddoran512@gmail.com) and Zachary Naidich (znaidich@naidichlaw.com) from znaidich@naidichlaw.com<br>IP: 69.204.249.129 |
| VIEWED | 10 / 29 / 2025<br>18:20:40 UTC | Viewed by Donna Doran (ddoran512@gmail.com)<br>IP: 75.99.19.226 |
| SIGNED | 10 / 29 / 2025<br>22:20:26 UTC | Signed by Donna Doran (ddoran512@gmail.com)<br>IP: 69.127.221.55 |
| VIEWED | 10 / 30 / 2025<br>16:44:20 UTC | Viewed by Zachary Naidich (znaidich@naidichlaw.com)<br>IP: 24.0.149.39 |
| SIGNED | 10 / 30 / 2025<br>16:44:52 UTC | Signed by Zachary Naidich (znaidich@naidichlaw.com)<br>IP: 24.0.149.39 |
| COMPLETED | 10 / 30 / 2025<br>16:44:52 UTC | The document has been completed. |